In the Matter of JOSEPH A. SOLOVEI, an Attorney, Respondent; ADOLPH FELDBLUM et al., Appellants.

Argued December 6, 1937; decided January 4, 1938.

*Adolph Feldblum* and *Charles J. Buchner*, in person, for appellants.

*Harold H. Corbin* and *Mark F. Hughes* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS LOUGHRAN, FINCH and RIPPEY, JJ.